Order entered October 31, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-00675-CV

LORENZO & GWENDOLYN SPRATT, Appellants

V.

ONE WEST BANK, FSB, ET AL., Appellees

On Appeal from the 95th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-10-15601

## ORDER

The Court has before it appellee's October 19, 2012 motion to dismiss. The Court

**ORDERS** appellants to file a response to the motion within ten days of the date of this order. If

appellants do not do so, this appeal may be dismissed without further notice.

MOLLY FRANCIS
JUSTICE